UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────────────

No. 24-1944
(7:24-MC-00003-D)

───────────────────────

Mark Eastham and Peter Spark,

    Appellees,

v.

Robert Paul Sharpe,

    Appellant.

## MOTION TO CONSOLIDATE

Robert Sharpe, Appellant, respectfully comes before this Court and requests consolidation of matters before this Court and the Eastern District of North Carolina.

Appellant believes the four matters before this Court contain all questions that currently need adjudication:

- 24-CV-556 - due process, directly related to 24-1944.
- 24-CV-600 - whistleblower question already before this Court.
- 24-CV-729 - denial of IFP.
- 24-CV-846 - bias and due process already before this Court.
- 24-CV-847 - striking designations, before this Court in 24-1889.

1

Appellant wishes to reduce the amount of litigation and believes consolidation of cases would be in the interest of all parties. Importantly, 24-1889 and 24-1944 are a joint retaliatory scheme between Eastham, Spark, and Shoaf.

## **RELIEF**

In the interest of judicial economy, Appellant respectfully requests consolidation of case 24-CV-556 with 24-1944; case 24-CV-847 with 24-1889; dismissal of remaining cases in district court; and consolidation of 24-1889 with 24-1944, if and when this Court deems proper.

Respectfully submitted this 4th day of October 2024,

/s/ Robert Sharpe
Robert Paul Sharpe
245 Royal Fern Rd
Wilmington NC 28412
wilmingtondiver@gmail.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing INFORMAL BRIEF, which will send notification of such filing to all CM/ECF participants in this case.

Respectfully submitted this 4th day of October, 2024,

/s/ Robert Sharpe
Robert Paul Sharpe
245 Royal Fern Rd
Wilmington NC 28412
wilmingtondiver@gmail.com